## THE STATE v. HANI.

[No. 5,629. Filed June 30, 1905.]

APPEAL AND ERROR.—*Misdemeanors.—Statutes.—Divided Court.*—
    Where the judges of the Appellate Court are equally divided
    on the question of jurisdiction of a misdemeanor case on appeal
    after the act of 1903 (Acts 1903, p. 480), and prior to the act
    of 1905 (Acts 1905, p. 429), such appeal will be rejected.

From Elkhart Circuit Court; *James S. Dodge,* Judge.

Prosecution by the State of Indiana against William F. Hani. From a judgment of acquittal, the State appeals. *Appeal rejected.*

*Charles W. Miller,* Attorney-General, *W. C. Geake, C. C. Hadley* and *L. G. Rothschild,* for the State.

*E. A. Dausman,* for appellee.

PER CURIAM.—The members of the whole court being equally divided upon the question whether or not we have jurisdiction of an appeal by the State in a criminal case of misdemeanor brought after the enactment of the statute of March 9, 1903 (Acts 1903, p. 280), and before the taking effect of the act of 1905 (Acts 1905, p. 429, §1968 Burns 1905) containing provisions for such an appeal, therefore the appeal is rejected.